Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

Jhony Pierre

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Boston Library, Public

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

| ) |
|---|
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |
| ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes  ☐No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jhony Pierre |
| Street Address | 16 Norfolk Street apt 2 |
| City and County | Boston Machuseth |
| State and Zip Code | Suffork 02124 |
| Telephone Number | |
| E-mail Address | |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name                                    Boston public library

    Job or Title *(if known)*

    Street Address                          700 boylston street

    City and County                         Massachusett 02116

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _Boston Library_ , is incorporated under

the laws of the State of *(name)* _Boston_ , and has its

principal place of business in the State of *(name)* _Massachusett_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ Judge to decide

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Shorting my hour of using the computer No Privacy, Violating my right

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

No privacy Violating my right Short-time of using the Computer

Page 4 of 5

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*deformation of Character, Violating of privacy Shorting — my hour of usage the computer*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-5-2026

Signature of Plaintiff    *Jhony Pierre*

Printed Name of Plaintiff    Jhony Pierre

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**NOTICE PURSUANT TO M.G.L. c. 266 § 120**
**Requiring that you do not enter or use the Boston Public Library**

4/27/2026

Jhony Pierre

46 Norfolk Street

Apt # 2

Dorchester, MA. 02124

Acct#: 29999032208308

Dear Jhony Pierre,

As a result of your behavior at the Central Branch of the Boston Public Library on 4/26/2026, it is necessary for the library to suspend your privileges as a customer of the Boston Public Library and to issue this Trespass Notice pursuant to M.G.L. c. 266 § 120.

Your behavior was in violation of the Boston Public Library Appropriate Use Policy. The following policies were broken:

- Disruptive behavior.
- Damage to library property, including computer hardware.

Your actions disturbed the environment of the Boston Public Library. Your behavior interfered with library activities and the wellbeing of surrounding patrons. This cannot be tolerated and is contrary to the mission of the Boston Public Libraries.

**This Trespass Notice prohibits you under any penalty of law, from entering or using any location of the Boston Public Library until 05/26/2026.**

Failure to comply with this notice shall subject you to immediate arrest and prosecution for violation of this trespass notice.

This action is taken on behalf of and in the interest of our patrons and staff. This letter serves formally to notify you of the trespass notice. This suspension is effective immediately. You may appeal your suspension in writing to the President's Office, 700 Boylston Street, Boston, MA 02116.

Sincerely,

Boston Public Library

---

Boston Public Library
700 Boylston St,
Boston, MA 02116

